**Jason Lee NORMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 67960.**

Missouri Court of Appeals,
Western District.

March 25, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 29, 2008.

Application for Transfer Denied
June 24, 2008.

Frederick Joseph Ernst, Kansas City,
MO, for appellant.

Shaun J. Mackelprang, Jefferson City,
Mo, for respondent.

Before HOWARD, C.J., and
HARDWICK and WELSH, JJ.

### Order

PER CURIAM.

Jason Lee Norman appeals the denial of
his Rule 29.15 motion for post conviction
relief. Norman argues that the trial court
clearly erred in denying his motion without
an evidentiary hearing because his trial
attorney did not act as a competent attorney
by failing to cross-examine two witnesses
on specific issues, by failing to object
to another witness's testimony and
then calling a witness that should not have
been called. The trial court did not clearly
err in denying Norman's motion without
an evidentiary hearing. The judgment of
the trial court is affirmed.

Rule 84.16(b).